Roy Paul PEREZ, etc., et al.,
Plaintiffs-Appellees,

v.

FORD MOTOR COMPANY, Defendant,

Traders and General Insurance Company, Intervenor-Appellant.

No. 75–3490
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

March 5, 1976.

Ben W. Lightfoot, Baton Rouge, La., for intervenor-appellant.

Harvey J. Lewis, New Orleans, La., Jack B. Wise, Thibodaux, La., for plaintiffs-appellees.

Before BELL, GODBOLD and DYER, Circuit Judges.

PER CURIAM:

Affirmed on the opinion of the District Court. 408 F.Supp. 318 (1976).

---

* Rule 18, 5 Cir., *Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al.,* 5 Cir., 1970, 431 F.2d 409, Part I.